IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAYLER ZASKEY, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

THE BXNG CLUB SOLANA BEACH LLC,

    *Defendant*.
_____/

Case No. 6:22-cv-02066-WWB-DCI

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Tayler Zaskey, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Tayler Zaskey, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 18, 2022

Respectfully Submitted,

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                              By:     */s/ Scott Edelsberg*
                                                          Scott Edelsberg, Esq.
                                                          Florida Bar No. 0100537

                                                          *Counsel for Plaintiff and the Class*