**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TAYLER ZASKEY,

    Plaintiff,

v.                                                             Case No. 6:22-cv-2066-WWB-DCI

THE BXNG CLUB SOLANA BEACH
LLC,

    Defendant.

---

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 21, 2022.

*[signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record